**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE GODDARD and VICTOR GODDARD,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No.: 8:22-cv-01109-CJC (DFMx)<br><br>District Judge: Cormac J. Carney<br><br>**OFFER OF JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiffs DENISE GODDARD and VICTOR GODDARD ("Plaintiffs") accepted Defendant FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on December 21, 2023.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $150,840.00 pursuant to the terms of the Rule 68 Offer.

　　**IT IS SO ORDERED.**

Date: January 9, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Cormac J. Carney
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

1
**JUDGMENT**